UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CRIMINAL NO. 7:08-CR-28-KKC

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                              **JUDGMENT**

MANUEL RAY JONES,                                                                        DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*

For the reasons stated in the Court's Opinion and Order entered on this date, the Court hereby ORDERS as follows:

1) The Magistrate Judge's Recommended Disposition (DE 415) is ADOPTED as the Court's Opinion on the Defendant's Motion to Vacate under 28 U.S.C. § 2255 and the Defendant's Motion for Summary Judgment (DE 403);

2) The Defendant's Motion to Vacate under 28 U.S.C. § 2255 (DE 399) is DENIED;

3) The Defendant's Motion for Summary Judgment (DE 403) is DENIED;

4) The Defendant's Motion to Reconsider (DE 416) is DENIED;

5) the Government's Motion to Dismiss (DE 405) is GRANTED;

6) the Defendant's Motion to Stay Forfeiture and Halt Seizure (DE 422) is DENIED;

7) this action is DISMISSED and STRICKEN from the Court's active

docket; and

    8)    the Court denies any request for a Certificate of Appealability of this Opinion and Order.

This 30th day of November, 2012.

Signed By:
Karen K. Caldwell *KKC*
United States District Judge